# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TROY SYLVESTER

NO. 2022 KW 0421

**AUGUST 02, 2022**

---

In Re: Troy Sylvester, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 571813-1.

---

**BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED.** This matter is hereby remanded to the trial court with instructions to grant relator an appeal from the February 10, 2022 judgment granting the defendant's motion to reconsider sentence.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT